IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRACY A FUSSNER et al.,

    Plaintiffs,

v.                                  CASE NO. 1:12-cv-00177-SPM-GRJ

UNITED STATES OF AMERICA et al.,

    Defendants.

_____/

## O R D E R

    This case is before the Court on Doc. 1, a petition for class action. Plaintiffs are inmates at Coleman Federal Correctional Complex, within the Middle District of Florida. Plaintiffs captioned their pleading to the United States District of Florida, Ocala Division and mailed the petition to the "Federal Building" but appear to have inadvertently mailed their pleadings to the Gainesville Division of the Northern District of Florida rather than the Ocala Division of the Middle District of Florida, where venue would be appropriate.

    Accordingly, it is **ORDERED:**

    That this case is hereby **TRANSFERRED** to the Ocala Division of the Middle District of Florida for all further proceedings.

    **DONE AND ORDERED** this 3rd day of August 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge